PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dennis Williams                                       Cr.: 04-107-02
                                                                        PACTS #: 38622

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 5/8/07

Original Offense: Bank Fraud 18 U.S.C. 1344 & 2

Original Sentence: 12 months and 1 day custody followed by 3 years supervised release
Special conditions: mandatory drug testing and DNA collection

Type of Supervision: supervised release                    Date Supervision Commenced: 5/15/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the condition of supervision which states " **The defendant shall not commit another federal, state, or local crime."** Specifically, Mr. Williams was arrested on May 5, 2009 for Obstructing the Administration fo Law. According to the police report, he stepped between the police and an individual who was wanted for arrest, allowing the individual to flee.<br><br>On May 6, 2009 , after a plea of guilty to disorderly persons, Williams received a fine of $225. |
| 2 | The offender has violated the condition of supervision which states " **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."** Specifically, Mr. Williams failed to notify the undersigned officer of this arrest. |

U.S. Probation Officer Action:
The writer recommends presentation of this document to Williams as a formal reprimand.

Respectfully submitted,

By: Erika M. Arnone
U.S. Probation Officer
Date: 6/30/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons

PROB 12A - Page 2
Dennis Williams

[  ] Other- The writer will present this document to the offender as a formal reprimand issued under the authority/approval of the Court.

_____
Signature of Judicial Officer

_____
Date