PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dennis Williams                              Cr.: 04-107-02
                                                                PACTS #: 38622

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 5/8/07

Original Offense: Bank Fraud 18 U.S.C. 1344 & 2

Original Sentence: 12 months and 1 day custody followed by 3 years supervised release
Special conditions: mandatory drug testing and DNA collection

Type of Supervision: supervised release            Date Supervision Commenced: 5/15/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the condition of supervision which states " **The defendant shall not commit another federal, state, or local crime.**" |
|   | Specifically, Mr. Williams was arrested on August 20, 2009 for Simple Assault. According to the police report, the alleged juvenile victim reported that Mr. Williams grabbed him from behind and pushed his finger in the alleged victim's neck, causing pain, discomfort, and a scratch. Mr. Williams did report this arrest to the undersigned officer. A scheduled court date is pending. |

U.S. Probation Officer Action:
No action requested pending disposition of the new charge.

Respectfully submitted,

By: Erika M. Arnone
U.S. Probation Officer
Date: 9/2/09

*No Response is necessary unless the court directs that additional action be taken as follows:*
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other- The writer will present this document to the offender as a formal reprimand issued under the authority/approval of the Court.

_____
Signature of Judicial Officer

_____
Date

(Handwritten note on signature area: "No response needed")